UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                    ::
JUAN RAMIREZ,                                       :     04 CV 5330 (ARR)
                                                    :
                            Plaintiff,              :     NOT FOR
                                                    :     PUBLICATION
    -against-                                       :
                                                    :     ORDER
UNITED STATES OF AMERICA and TRIO                   :
ASBESTOS REMOVAL CORPORATION,                       :
                                                    :
                            Defendants.             X
---------------------------------------------------------------------
ROSS, United States District Judge:

The court grants the defendants permission to file a motion to dismiss. The court directs that the motions shall be briefed according to the following schedule: all motions and supporting papers, if any, shall be served no later than June 6, 2005; plaintiff's response and supporting papers, if any, shall be served no later than June 20, 2005; and the defendants' replies, if any, shall be served no later than June 27, 2005. The fully briefed motion shall be filed in accordance with chambers' rules, including courtesy copies for chambers, no later than June 27, 2005. This schedule may be altered only with the permission of the Court.

SO ORDERED.

_____
Allyne R. Ross
United States District Judge

Dated: May 16, 2005
       Brooklyn, New York

1

SERVICE LIST:

    <u>Attorney for Plaintiff</u>
    Donald M. Zolin
    61 Broadway
    New York, NY 10006

    <u>Attorney for the United States</u>
    Edward K. Newman
    Assistant U.S. Attorney
    147 Pierrepont St.
    Brooklyn, NY 11201

    <u>Attorney for Defendant Trio Asbestos Removal Corporation</u>
    David Persky
    Fiedelman, Garfinkel, & Lesman
    110 William St.
    New York, NY 10038-3901